```
  CSTAG            *         PUBLIC INFORMATION        *      12-28-2020
PAGE 001           *             INMATE DATA           *      12:54:57
                                 AS OF 12-28-2020


REGNO..: 48078-039 NAME: WEST, ROBERT ORVILLE


                   RESP OF: MCK
                   PHONE..: 814-362-8900    FAX: 814-363-6821
                                            RACE/SEX...: WHITE / MALE
                                            AGE:  36
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 08-15-2021                     PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
     CSTAG          *          PUBLIC INFORMATION          *        12-28-2020
PAGE 002            *             INMATE DATA              *        12:54:57
                              AS OF 12-28-2020


REGNO..: 48078-039 NAME: WEST, ROBERT ORVILLE

                     RESP OF: MCK
                     PHONE..: 814-362-8900    FAX: 814-363-6821
HOME DETENTION ELIGIBILITY DATE: 06-13-2021


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-15-2021 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION..........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER..................: 13-20123-01
JUDGE..........................: COX
DATE SENTENCED/PROBATION IMPOSED: 09-18-2013
DATE SUPERVISION REVOKED.......: 05-08-2020
TYPE OF SUPERVISION REVOKED....: REG
DATE COMMITTED.................: 07-30-2020
HOW COMMITTED..................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED..............: NO


                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO        AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 136      18:922(G) FIREARMS,GUN CNTL
OFF/CHG: 18:922(G)(1) FELON IN POSSESSION OF A FIREARM  CT 1

 SENTENCE PROCEDURE............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:   21 MONTHS
 TERM OF SUPERVISION...........:   12 MONTHS
 DATE OF OFFENSE...............: 01-17-2013


G0002      MORE PAGES TO FOLLOW . . .
```

```
  CSTAG           *          PUBLIC INFORMATION          *     12-28-2020
PAGE 003          *             INMATE DATA              *     12:54:57
                               AS OF 12-28-2020


REGNO..: 48078-039 NAME: WEST, ROBERT ORVILLE

                      RESP OF: MCK
                      PHONE..: 814-362-8900   FAX: 814-363-6821
------------------------CURRENT COMPUTATION NO: 020 ------------------------


COMPUTATION 020 WAS LAST UPDATED ON 05-28-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-01-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 05-08-2020
TOTAL TERM IN EFFECT............:   21 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    1 YEARS      9 MONTHS
EARLIEST DATE OF OFFENSE........: 01-17-2013

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    02-03-2020   02-04-2020
                                    02-18-2020   05-07-2020

TOTAL PRIOR CREDIT TIME.........: 82
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 94
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 08-15-2021
ELDERLY OFFENDER TWO THIRDS DATE: 04-18-2021
EXPIRATION FULL TERM DATE.......: 11-17-2021
TIME SERVED.....................:   10 MONTHS   13 DAYS
PERCENTAGE OF FULL TERM SERVED..: 49.4
PERCENT OF STATUTORY TERM SERVED: 57.9

PROJECTED SATISFACTION DATE.....: 08-15-2021
PROJECTED SATISFACTION METHOD...: GCT REL




G0002      MORE PAGES TO FOLLOW . . .
```

```
CSTAG          *       PUBLIC INFORMATION      *      12-28-2020
PAGE 004       *          INMATE DATA          *      12:54:57
                        AS OF 12-28-2020


REGNO..: 48078-039 NAME: WEST, ROBERT ORVILLE

                    RESP OF: MCK

HOME DETENTION ELIGIBILITY DATE: 05-11-2019

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  11-08-2019 VIA GCT REL

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER...................: 13CR20123-1
JUDGE...........................: COX
DATE SENTENCED/PROBATION IMPOSED: 09-18-2013
DATE COMMITTED..................: 12-17-2013
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00      $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO        AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 136    18:922(G) FIREARMS,GUN CNTL
OFF/CHG: 18:922(G)(1) FELON IN POSSESSION OF A FIREARM  CT 1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   96 MONTHS
 TERM OF SUPERVISION............:    2 YEARS
 DATE OF OFFENSE................: 01-17-2013




G0002      MORE PAGES TO FOLLOW . . .
```

```
CSTAG            *       PUBLIC INFORMATION       *      12-28-2020
PAGE 005 OF 005 *          INMATE DATA            *      12:54:57
                        AS OF 11-08-2019


REGNO..: 48078-039 NAME: WEST, ROBERT ORVILLE


                    RESP OF: MCK
                    PHONE..: 814-362-8900   FAX: 814-363-6821
--------------------------PRIOR COMPUTATION NO: 010 ------------------------


COMPUTATION 010 WAS LAST UPDATED ON 06-05-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-25-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 09-18-2013
TOTAL TERM IN EFFECT............:   96 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    8 YEARS
EARLIEST DATE OF OFFENSE........: 01-17-2013

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    01-17-2013    09-17-2013

TOTAL PRIOR CREDIT TIME.........: 244
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 432
TOTAL GCT EARNED................: 324
STATUTORY RELEASE DATE PROJECTED: 11-11-2019
ELDERLY OFFENDER TWO THIRDS DATE: 05-19-2018
EXPIRATION FULL TERM DATE.......: 01-16-2021
TIME SERVED.....................:    6 YEARS      9 MONTHS     23 DAYS
PERCENTAGE OF FULL TERM SERVED..: 85.1
PERCENT OF STATUTORY TERM SERVED: 99.8

ACTUAL SATISFACTION DATE........: 11-08-2019
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CDT
ACTUAL SATISFACTION KEYED BY....: CW

DAYS REMAINING..................: 432
FINAL PUBLIC LAW DAYS...........: 3




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```